Cup Craft Paper Corporation, Plaintiff, *v.* Federal Paper Board Company, Inc., et al., Defendants.

Isidor E. Schlesinger et al., Co-partners under the Firm Name of Schlesinger & Krinsky, Respondents; New York Credit Men's Association, as Trustee in Bankruptcy of Cup Craft Paper Corporation, Appellant.

Argued October 5. 1942; decided October 29, 1942.

*William Braverman, Nathaniel H. Mandelker* and *Henry Braverman* for appellant.

*Ludwig Teller* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.